IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                         CASE NO. 5:14-CR-50061-001

BENJAMIN DAVID RAMSFIELD                                          DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 17) filed in this case on February 10, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter (Doc. 16 at ¶ 3).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted, and the written plea agreement is **TENTATIVELY APPROVED**, subject to final approval at sentencing.

IT IS SO ORDERED this 11th day of February, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE